## BARNES v. HAYICK.

*Appeal from Johnson District Court — Friday, October 9, 1863.*

PRACTICE: CORRECTING ERRORS.

THE opinion of the court was announced by —

WRIGHT, J.—Appellant assigns for error, various matters which might have been corrected on motion in the District Court. No such motion was made. Following *Pigman* v. *Denney et al.*, 12 Iowa, 396; *McKinley* v. *Betchtel et al.*, Id., 561; *Downing* v. *Harmon*, 13 Id., 535; the judgment is

Affirmed.

*Fairall & Boal* for the appellant.